# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0580.   YANKEE LANDING, ET AL v. GLYNN COUNTY ASSET HOLDINGS, LLC.**

Appellee's Renewed Motion to Dismiss is hereby GRANTED and Remittitur be issued to the Superior Court of Glynn County.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2013
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*